**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  PRIVATE CRIMINAL COMPLAINT : No. 30 MM 2016
OF ALTON D. BROWN :
:
:
:
PETITION OF:  ALTON D. BROWN :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.